ARTISAN MECHANICAL, INC., APPELLANT, *v.* BEISER, APPELLEE.

[Cite as *Artisan Mechanical, Inc. v. Beiser,*

130 Ohio St.3d 1208, 2011-Ohio-5451.]

*Certification of conflict dismissed as improvidently certified.*

(No. 2011-0052—Submitted October 4, 2011—Decided October 27, 2011.)

APPEAL from the Court of Appeals for Butler County, No. CA2010-02-039,

2010-Ohio-5427.

_____

{¶ 1} The certification of conflict is dismissed, sua sponte, as having been improvidently certified.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Taft, Stettinius & Hollister, L.L.P., and Timothy G. Pepper, for appellant.

The Drew Law Firm Co., L.P.A., Anthony G. Covatta, and Joel M. Frederic, for appellee.

_____